IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| HEATHER KAUFMAN, | * |
| Plaintiff, | * |
| v. | Case No.  5:23-cv-00011-MTT |
| | * |
| RIVER EDGE BEHAVIORAL HEALTH CENTER, et al., | * |
| Defendants. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated April 23, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 24th day of April, 2024.

David W. Bunt, Clerk

s/ Shabana Tariq, Deputy Clerk